No. 81–5616.  GRAHAM *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 81–5625.  COCHRAN *v.* BIRKEL.  C. A. 6th Cir.  Certiorari denied.

No. 81–5626.  UNITED STATES EX REL. BAKER *v.* FRANZEN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 81–5636.  GRAY *v.* SINES ET AL.  C. A. 4th Cir. Certiorari denied.

No. 81–5642.  CROSLEY *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 81–5645.  CAUDLE *v.* CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 81–5646.  OPFERMANN *v.* BARG ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 81–5647.  PRINCE *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 81–5651.  UNITED STATES EX REL. SLAUGHTER *v.* BREWER, WARDEN, STATEVILLE PENITENTIARY.  C. A. 7th Cir.  Certiorari denied.

No. 81–5652.  MENDIBLES ET AL. *v.* SUPERIOR COURT OF PINAL COUNTY ET AL.  Sup. Ct. Ariz.  Certiorari denied.

No. 81–5656.  KELLEY *v.* LANE.  C. A. 7th Cir.  Certiorari denied.

No. 81–5658.  DARBY *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 81–5659.  KILGORE *v.* DUCKWORTH, WARDEN, ET AL. C. A. 7th Cir.  Certiorari denied.

No. 81–5661.  STONE *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.